729 -- In re Zenith Laboratories, Inc. Securities Litigation

| Date | No. | Description |
|---|---|---|
| 87/02/20 | 1 | MOTION, BRIEF, SCHEDULE (A-1 thru A-9), EXHIBITS A-E, CERTIFICATE OF SERVICE -- All defendants -- SUGGESTED TRANSFEREE DISTRICT: District of New Jersey (cds) |
| 87/03/02 | | APPEARANCES: MARK LONDON, ESQ. for Ian K. Portnoy, et al.; LAWRENCE SUCHAROW, ESQ. for Samuel Sinay; MARC I. GROSS, ESQ. for Izak Merin & Abram Merczynski, etc.; RICHARD BEMPORAD, ESQ. for W. Clay Choate; ALBERT M. APPEL, ESQ. for Zenith Lab., Inc.; James Leonard, John Farber, Robert M. Rees and Wiley L. Bishop (cds) |
| 87/03/02 | 2 | REQUEST FOR EXTENSION OF TIME FOR FILING REPLY -- All defendants -- GRANTED TO AND INCLUDING MARCH 23, 1987 (cds) |
| 87/03/04 | | APPEARANCE: ROBERT A. STULL, ESQ. for Jacob Rosenbaum (cds) |
| 87/03/06 | 3 | RESPONSE/MEMORANDUM, EXHIBIT A -- pltfs. Ian Portnoy, et al. -- w/cert. of service (cds) |
| 87/03/11 | | APPEARANCE: LAWRENCE MILBERG, ESQ. for Samuel Damasek, et al. (cds) |
| 87/03/11 | 4 | RESPONSE (to pldg. #1) -- pltfs. Sinay, Rosenbaus, Merin, Kaufman, Choate, Bulaon, Carton, and Damesek -- w/cert. of service (cds) |
| 87/03/11 | | APPEARANCE: LAWRENCE MILBERG, ESQ. for Samuel Damasek, et al. (cds) |
| 87/03/23 | 5 | REPLY -- All defendants -- w/cert. of service (cds) |
| 87/04/20 | | HEARING ORDER -- Setting motion of defendants to transfer A-1 thru A-9 -- Washington, D.C. on May 21, 1987 -- Notified involved judges, clerks and counsel. (tmq) |
| 87/05/18 | | HEARING APPEARANCES: (hearing of 5/21/87) -- ALBERT M. APPEL, ESQ. for Zenith Labortories, Inc.; MARK LONDON, PRO SE for Mark London and Ian Portney. (tmq) |
| 87/05/18 | | WAIVER OF ORAL ARGUMENT: (hearing 5/18/87) -- Dr. Edwin B. Carton, Mr. Sucharow. (tmq) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 87/06/17 | | CONSENT OF TRANSFEREE COURT -- for transfer of litigation to D. New Jersey to the Hon. Dickinson R. Debevoise pursuant to 28 U.S.C. §1407 (rh) |
| 87/06/17 | | TRANSFER ORDER -- transferring A-1 to the D. New Jersey pursuant to 28 U.S.C. §1407 -- Notified involved judges, clerks, counsel and misc. recipients (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 729 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Zenith Laboratories, Inc. Securities Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| May 21, 1987 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | June 17, 1987 | TO | Unpublished | D. New Jersey | Hon. Dickinson R. Debevoise | |

### Special Transferee Information

DATE CLOSED: 5/3/89

6-17-87
5-3-89

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 729 -- In re Zenith Laboratories, Inc. Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Ian Portnoy, et al. v. Zenith Laboratories, Inc., et al. | D.C. ~~N.J.~~ Richey | 86-3512 | 6-17-87 | 87-2553 | 1/31/89 | |
| A-2 | Samuel Sinay v. Zenith Laboratories, Inc., et al. | N.J. Debevoise | 86-3241 | | | 1/31/89 | |
| A-3 | Jacob Rosenbaum v. Zenith Laboratories, Inc. | N.J. Debevoise | 86-3464 | | | 1/31/89 | |
| A-4 | Izak Merin & Abram Merczyinski, etc. v. Zenith Laboratories, Inc., et al. | N.J. Debevoise | 86-3480 | | | 9/9/87 D | |
| A-5 | Richard Kaufman v. James O. Leonard, et al. | N.J. Debevoise | 86-3490 | | | 9/9/87 D | |
| A-6 | W. Clay Choate v. James O. Leonard, et al. | N.J. Debevoise | 86-3486 | | | 5/3/89 D | |
| A-7 | Priscillano Bulaon, et al. v. James O. Leonard, et al. | N.J. Debevoise | 86-3612 | | | 5/3/89 D | |
| A-8 | Edwin B. Carton v. Zenith Laboratories, Inc., et al. | N.J. Debevoise | 86-4069 | | | 1/31/89 | |
| A-9 | Samuel Damesek, et al. v. Saul Bluestone, et al. | N.J. Debevoise | 86-4146 | | | 5/3/89 D | |
| XYZ-10 | Susan Chestman v. Zenith Laboratories, Inc., et al. | N.J. Debevoise | 87-567 | | | 5/3/89 D | |

July 1988 - 2 Dis / 1-XYZ / 8 Rg.
July 1989 - 8 Dis / Litigation Closed

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 729 -- In re Zenith Laboratories, Inc. Securities Litigation

---

IAN PORTNOY, ET AL. (A-1)
Mark London, Esq.
Suite 1000
1120 Connecticut Avenue, N.W.
Washington, D.C. 20036

SAMUEL SINAY (A-2)
Lawrence Sucharow, Esq.
Goodkind, Wechsler, Labaton & Rudoff
122 East 42nd Street
New York, NY 10168

JACOB ROSENBAUM (A-3)
Robert A. Stull, Esq.
Stull, Stull and Brody
6 East 45th Street
New York, NY 10017

IZAK MERIN & ABRAM MERCZYINSKI, ETC. (A-4)
Marc I. Gross, Esq.
Pomerantz, Levy, Haudek, Block
 & Grossman
295 Madison Avenue
New York, NY 10017

RICHARD KAUFMAN (A-5)
(no appearance received)
Sherrie Savett, Esq.
Burger & Montague
1622 Locust Street
Philadelphia, PA 19103

W. CLAY CHOATE (A-6)
Richard Bemporad, Esq.
Lowey, Dannenberg & Knapp, P.C.
747 Third Avenue
New York, NY 10017

PRISCILLANO BULAON, ET AL. (A-7)
(no appearance received)
Rabin & Sirota
747 Third Avenue
New York, NY 10017

EDWIN B. CARTON (A-8)
(no appearance received)
Glen De Valerio, Esq.
Berman, De Valerio & Pease
One Liberty Square
Boston, MA 02109

SAMUEL DAMESEK, ET AL. (A-9)

Lawrence Milberg, Esq.
Milberg, Weiss, Bershad,
 Specthrie & Lerach
One Pennsylvania Plaza
New York, NY 10019-0165


ZENITH LABORATORIES, INC.
JAMES O. LEONARD
JOHN J. FARBER
ROBERT M. REES
WILEY L. BISHOP
Albert M. Appel, Esq.
Webster & Sheffield
237 Park Avenue
New York, NY 10017

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 729 -- In re Zenith Laboratories, Inc. Securities Litigation

| | Name of Party | Named as Party in Following Actions |
|---|---|---|
| ✓ | Zenith Laboratories, Inc. | A-2 A-3, A-4 A-5 A-6 A-7 A-8 A-9 A-1 |
| ✓ | J.O. Leonard | A-2 A-4 A-5 A-6 A-7 A-8 A-9 A-1 |
| ✓ | John ~~J.J. Farber~~ DR. | A-2 A-4 A-5 A-6 A-7 A-8 A-9 |
| ✓ | Robert M. Rees | A-6 A-7 |
| | Kevin G. Conway | A-6 A-7 |
| | Saul Bluestone | A-7 A-9 |
| | Donald Cook | A-9 |
| | Roger W. Coomer | A-4 |
| | William W. Crawford | A-9 |
| | Frank W. Donovan | A-9 |
| | Dr. Joseph Hartley | A-9 |

(handwritten annotations: "Spoke w/ Mr. Appel", "these parties are no longer...", "see par. 2")

p. _____

| Name | |
|---|---|
| Thomas F. Kearns, Jr. | A-9 |
| John L. Oram | A-9 |
| Dr. Austin Smith | A-9 |
| David Tabatznick | A-9 |
| Kevin G. Conway | A-9 |
| Frederick Shainfeld | A-9 |
| Phillip Blick | A-9 |
| ✓ Wiley L. Bishop | A-1 |
|  |  |
|  |  |
|  |  |