JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

JUN 17 1987

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 729

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ZENITH LABORATORIES, INC. SECURITIES LITIGATION

TRANSFER ORDER*

This litigation presently consists of nine actions listed on the attached Schedule A and pending in two districts as follows: eight actions in the District of New Jersey and one action in the District of the District of Columbia.1/ Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, by defendants in all actions to transfer the action pending in the District of the District of Columbia (D.C. action) to the District of New Jersey for coordinated or consolidated pretrial proceedings with the eight actions pending there. The New Jersey plaintiffs do not oppose centralization under Section 1407. The D.C. plaintiffs oppose transfer.

On the basis of the papers filed and the hearing held, the Panel finds that these nine actions involve common questions of fact, and that centralization under Section 1407 in the District of New Jersey will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. All actions arise out of a United States Food and Drug Administration inspection of Zenith Laboratories, Inc. (Zenith), the non-disclosure of this investigation by Zenith to the investing public and the resultant impact on the value of Zenith securities. Centralization is necessary in order to avoid duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, witnesses and the judiciary.

In designating the District of New Jersey as transferee forum, we note that 1) eight of the nine actions before the Panel are pending there; and 2) Zenith's headquarters is located in New Jersey and relevant documents and many witnesses can be found there.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the action listed on the attached Schedule A and pending in the District of the District of Columbia be, and the same hereby is, transferred to the District of New Jersey and, with the consent of that court, assigned to the Honorable Dickinson R. Debevoise for coordinated or consolidated pretrial proceedings with the actions listed on Schedule A and pending in that district.

FOR THE PANEL:

*Andrew A. Caffrey*
Andrew A. Caffrey
Chairman

---

\* Judge Robert H. Schnacke took no part in the decision of this matter.

1/ The Panel has been advised of the pendency of a recently filed related action in the District of New Jersey. This action, and any additional actions, will be treated as potential tag-along actions. See Rules 9 and 10, R.P.J.P.M.L., 89 F.R.D. 273, 278-80 (1981).

SCHEDULE A

MDL-729 -- IN RE ZENITH LABORATORIES INC. SECURITIES LITIGATION

District of the District of Columbia

Ian Portnoy, et al., v. Zenith Laboratories, Inc., et al., C.A. No. 86-3512

District of New Jersey

Samuel Sinay v. Zenith Laboratories, Inc., et al., C.A. No. 86-3241

Jacob Rosenbaum v. Zenith Laboratories, Inc., C.A. No. 86-3464

Izak Martin & Abram Merczynski, etc. v. Zenith Laboratories, Inc., et al., C.A. No. 86-3480(PKL)

Richard Kaufman v. James O. Leonard, et al., C.A. No. 86-3490

W. Clay Choate v. James O. Leonard, et al., C.A. No. 86-3486

Priscillano Bulaon, et al. v. James O. Leonard, et al., C.A. No. 86-3612

Edwin B. Carton v. Zenith Laboratories, Inc., et al., C.A. No. 86-4069

Samuel Damesek, et al. v. Saul Bluestone, et al., C.A. No. 86-4146